UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| EDEN GARLAND, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 3:18-cv-277 |
| v. | ) | |
| | ) | Judge Mattice |
| ROCKFORD MANUFACTURING CO., | ) | Magistrate Judge Guyton |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

# **ORDER**

On August 20, 2019, United States Magistrate Judge H. Bruce Guyton filed a Report and Recommendation, [Doc. 35], pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Plaintiff had moved for sanctions, arguing that Defendant failed to participate in Court-ordered mediation in good faith. Magistrate Judge Guyton found that Defendant did participate in the mediation in good faith, and therefore recommended that Plaintiff's Motion for Sanctions, [Doc. 29], be denied.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the Report and Recommendation as well as the record and it agrees with Magistrate Judge Guyton's well-reasoned conclusions.

---

[1] Magistrate Judge Guyton specifically advised Plaintiff of the 14-day window for objection to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 35]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Guyton's findings of fact and conclusions of law as set forth in the Report and Recommendation. [Doc. 35]. Plaintiff's Motion for Sanctions, [Doc. 29], is hereby **DENIED**.

**SO ORDERED** this 9th day of September, 2019.

                                               */s/ Harry S. Mattice, Jr.*
                                               HARRY S. MATTICE, JR.
                                               UNITED STATES DISTRICT JUDGE