UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| EDEN GARLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:18-cv-277 |
| v. ) | |
| ) | Judge Mattice |
| ROCKFORD MANUFACTURING CO., ) | Magistrate Judge Guyton |
| ) | |
| Defendant. ) | |
| ) | |

## VERDICT FORM

### 10/24/2019

*We, the jury, unanimously answer the following questions.*

QUESTION 1: Has Plaintiff Eden Garland proven by a preponderance of the evidence that Defendant Rockford Manufacturing Company fired her because she made a good faith, reasonable complaint of harassment or hostile workplace?

_____YES              \_\_\_\_X\_\_\_\_NO

QUESTION 2: What amount, if any, of compensatory damages do you find were sustained by Plaintiff?

Compensatory Damages: _____

*Please have your foreperson sign and date this Verdict Form and tell Ms. Capetz you have reached a Verdict.*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Foreperson's Signature              Date

1